Sun Drug Company, Inc., Appellant, *v.* University Park Shopping Village, Inc. et al., Appellants.

Argued October 11, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William T. Marsh,* with him *Earl F. Glock,* and *Reed, Smith, Shaw & McClay,* and *Glock & Mayer,* for plaintiff.

*W. Louis Coppersmith,* with him *Margolis and Coppersmith,* for defendants.

OPINION PER CURIAM, January 15, 1969:
Orders affirmed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.